# EXHIBIT A

Dear Judge Bolden:

First and foremost I accept full responsibility for my actions and am truly and deeply sorry for the damage and pain that I have caused to my victims, wife, children, parents and friends. While there are events that happened in my life that may have led me here, I acted on my own, knowing fully that what I was doing was wrong.

Your Honor, I would like to tell you, in my own words, about myself. I am an only child and can remember always wishing I had a brother or sister. When I was 8, I discovered that I was actually the third pregnancy for my parents yet the only one that survived past birth. Beginning then, I always felt that I was the last chance for my parents and that I had to be the best at everything. This revelation has led to me always feeling inadequate at everything I do. To this day, I still feel that people are not impressed with my work and look down on me.

On my 11th birthday I was molested by a neighborhood man in his home who molested several other boys in the neighborhood over the years. My friend Bobby, who I looked to like an older brother, was being molested as well, and brought me there on my birthday; 11 was the minimum age that boys could go to Mr. G.'s house. That day in a room in the basement of Mr. G's house, I was stripped naked by Mr. G in front of 4 or 5 other teen boys. Then Bobby performed oral sex on me. After Bobby was finished Mr. G. told me to "blow out his candle" and proceeded to pull his pants down and put his penis into my mouth. The next day Bobby brought me back and Mr. G. explained that as a "special guest" at his house I could play with any of the video games, bikes, and toys as long as they stayed at his house and I kept coming back. He said that no one would believe me if I told them what happened at his house, and that I would get in trouble with my parents. After our talk Mr. G. got out a camera and started taking pictures of me. He asked me to strip naked and I did. When I was completely naked he put the camera down and moved me to a couch and began to rub my head and body. He got naked too, then started to sodomize me. Over the next two and a half years the abuse continued. I would go back to Mr. G.'s house and he would abuse me as well as other boys. He or his son, who was in his late teens, would video or photograph us having sex with each other or engaging in solo sexual acts. On a few occasions there was a married couple that would come and request me to role play as their son. The man would scold me and spank me for something then the woman would console me by touching me all over and then she would instruct me how to make her feel good too. The man would come over after a bit to "apologize" for being mean by raping me.

Shortly before I turned 14 my parents and I moved to the other side of town and I never went back to Mr. G.'s. I internalized the abuse, accepted it as my own fault, and chalked it up as another failure. I could never tell my parents or anyone else. During the period of time that the abuse occurred and even after I moved I would engage in consensual sex with boys my age. Some were victims of Mr. G. and some were not. These activities seem to provide some sort of comfort because it was not forced. Being gay was not as accepted in the 1980s as it is now, so again, another failure to keep hidden. I pushed all of the pain in my own sexual orientation deep into the dark basement of my soul and by the time I finished high school, it was as if none of it ever happened.

Shortly after getting married to my first wife in 1994, I began to experience confusing thoughts and desires about teenage boys. As I was still not acknowledging my own past, these emotions were troublesome. I sought therapy and after a few sessions of discussing my consensual sex with boys when I was younger and the deep repression of my possible sexual orientation, I decided that telling my wife

about that portion of my childhood would help me work through the feelings I was having even though I did not understand why my attraction to males did not age as I did. This was more than she could handle and we divorced 364 days after we were married. Again, another failure. I pushed everything back down, and denied any of my desires ever existed. I never told anyone the true reasons behind our divorce, attributing it to money and personality.

After my first wife and I initiated our divorce, I moved back to Connecticut into my best friend's house, which was across the street from Mr. G.'s house. Mr. G. had long moved out and the house was vacant but as the subconscious is wont to do, feelings and emotions started percolating up that I could not or would not address.

As the internet grew in popularity in the mid-90s and reports of child pornography on the internet became commonplace I started to wonder if there were pictures or video of me that Mr. G. had taken on the internet. Although I was married again and still repressing my own abuse I began searching. While I was exploring online I would come across images of young teen boys engaged in sexual acts solo or with other boys the same age. Images where the acts looks consensual and the boys did not look abused seemed to attract me the most. Images that included adults or looked forced made me very angry.

When my second wife discovered the images on our computer I entered therapy. It would be a few more years before I acknowledged my own abuse and start to tackle my own sexual identity. In therapy I began dealing with my pornography addiction immediately, however, the feelings of failure and inadequacy began to grow again. Medication helped some, but those feelings were always right under the surface. No matter how much harm my viewing of child pornography had cost, not matter how much I lost, I could not stay away from the comfort it seemed to provide. One morning in 2002 I awoke in tears from a dream. I wrote it down and finally acknowledged my own abuse. While I had admitted it to myself I still could not admit that failure to anyone else, including my therapist. When I returned from my first overseas deployment in 2003 I started seeing my current therapist and told her about my abuse. We began dealing with my loss of childhood, loss of wives and children and my own feelings of inadequacy, guilt and hate. I had been "comforting" myself online, however, with therapy I stopped viewing child pornography. From 2007 to 2013 I was "clean." My own feelings of self-worth and internal pride in my accomplishments grew. Despite dealing with difficult and emotional turmoil surrounding the loss of visitation with my children I was able to refrain from the addiction that brought me to where I was.

In 2013 I received notice that my ex-wife was petitioning to change my oldest son's last name to hers. There was no legal argument I could wage and the name change took effect. Yet again I had failed. This time it was more than I could handle and I ended up back online. Outwardly I acted as if it was no big deal and that I was fine but inside the name change killed me. My walls went back up and I sought comfort back in the addiction. After seeing some videos recorded from anonymous video chat sites I began to visit those sites.

Eventually I began the activity that brings me before you. Because of my disdain for adult-youth sexual acts I created a video clip of a young girl to be my on screen persona. I was portraying myself as someone else to entice my victims and recording them without their knowledge. I can't explain nor do I understand why I felt the need to record the sessions. When asked if I was a fake I would say that I was and would apologize for my acts. This does not mitigate any of my responsibility or culpability in this

offense. I truly understand the damage and potential long-lasting effects that my actions could create for my victims. I am deeply remorseful and sorry beyond words.

Therapy has provided some insight and I recognize and embrace the need to continue. I desire to continue in regular therapy as well as sex offender oriented counseling. It is not going to be an easy journey but I know that with continued work and support from my family and friends I will not re-engage in this or similar destructive behavior.

My crime and my own abuse are horrendous events in my life. I have made some horrible decisions that have affected many innocent people. I have to live with my own actions. However, these events are not all of who I am.

I have spent 25 years in the Air Force, serving both on active duty and in the National Guard. My career has been exemplary and had I not been arrested I would have achieved the rank of Chief Master Sergeant, the highest enlisted rank in the Air Force. I had already been selected and was awaiting the published order. I believe in helping others before yourself and in most instances will give others everything I have. I try to enable and empower those I associate with to better themselves and their situations.

My actions have caused me to lose my children and career. Again, I have failed. This time, however, I will not bury my feelings and emotions. Instead, I will ensure to work with my support group and available services to move forward. I will reach out to my children when they become adults. I will participate in the available programs within the prison system and after release to ensure I will never offend again and that I am poised for success in my life upon release.

Again, I accept and acknowledge full and sole responsibility for my actions. Nothing that I have written here is intended to justify my behavior, but rather to provide you some insight about me.

I appreciate you taking the time to read my letter and to consider the totality of who I am.


Respectfully,



Keith Haessly