# EXHIBIT B

Personal Information - Print                                                                                         Page 1 of 1

# AWARDS AND DECORATION INFORMATION

**NAME:** KEITH W HAESSLY    **RANK:** SMS    **SSAN:** ▮▮▮▮▮▮▮▮    **DATE:** 24 JUN 2015

The Air Force Personnel Center files reflect that you are authorized to wear the following awards and decorations. They are listed in order of precedence and displayed as you would wear them on the uniform in accordance with current standards for dress and appearance. There may be unique circumstances (such as prior service in a different branch of the armed forces) which may authorize you additional ribbons and/or devices. For additional information, refer to AFI 36-2803 *The Air Force Awards and Decorations Program*, AFI 36-2903 *Dress and Personal Appearance of Air Force Personnel*, or visit your local military personnel section.

| AWARDS AND DECORATIONS | DEVICES |
|---|---|
| 1. Air Force Commendation Medal | 2 |
| 2. Joint Service Achievement Medal | 0 |
| 3. Meritorious Unit Award | 0 |
| 4. AF Outstanding Unit Award with Valor Device | 2 |
| 5. AF Good Conduct Medal | 1 |
| 6. Air Reserve Forces Meritorious Service Medal | 6 |
| 7. National Defense Service Medal | 1 |
| 8. Global War On Terrorism Expeditionary Medal | 0 |
| 9. Global War on Terrorism Service Medal | 0 |
| 10. AF Overseas Ribbon Short | 0 |
| 11. AF Overseas Ribbon Long | 0 |
| 12. Air Force Expeditionary Service Ribbon with Gold Border | 1 |
| 13. AF Longevity Service | 4 |
| 14. Armed Forces Reserve Medal with 3 'M' Devices | 1 |
| 15. AF Training Ribbon | 0 |



Note: The 'ribbon rack' will not include state awards.

| STATE AWARDS | DEVICES |
|---|---|
| 1. Connecticut Long Service Medal | 0 |
| 2. Connecticut Emergency Service Award | 5 |

THIS DOCUMENT CONTAINS INFORMATION WHICH MUST BE PROTECTED
IAW AFI 33-332 AND DOD REGULATION 5400.11.
PRIVACY ACT OF 1974, AS AMENDED, APPLIES.

## PROMOTION INFORMATION

**NAME:** KEITH W HAESSLY   **RANK:** SMS   **SSAN:** ▮▮▮▮▮   **DATE:** 24 JUN 2015

**CURRENT RANK:** SMS

**DATE OF RANK:** 14 SEP 2012                **EFFECTIVE DATE:** 14 SEP 2012

**RANK HISTORY:**

| RANK: | DATE OF RANK: |
|---|---|
| AB | 19 MAR 1990 |
| A1C | 01 MAY 1990 |
| SRA | 01 SEP 1992 |
| SSG | 01 AUG 1999 |
| TSG | 10 JUN 2004 |
| MSG | 01 FEB 2008 |

THIS DOCUMENT CONTAINS INFORMATION WHICH MUST BE PROTECTED
IAW AFI 33-332 AND DOD REGULATION 5400.11.
PRIVACY ACT OF 1974, AS AMENDED, APPLIES.

 

vMPF Home · Self Service Actions Home · Sitemap · FAQs · Glossary · Help      Go to [Site Contents ▼]

## ASSIGNMENT INFORMATION

Pages

Introduction

Individual

The Air Force Personnel Center database reflects the following information. If there are any errors, contact your local servicing military personnel section.

Duty:
Current
History
TDY

Assignments

Performance Reports

Promotion

Reenlistments

Awards & Decs

Aircrew

Education & Training

Service

View/Print All Pages

| | |
|---|---|
| **NAME:** KEITH W HAESSLY   **RANK:** SMS   **SSAN:** XXX-XX-0811   **DATE:** 24 JUN 2015 | |
| DATE ASSIGNED MPF: | 24 JAN 1995 |
| DUTY POSITION NUMBER: | 0172861 |
| AUTHORIZED GRADE: | CMS |
| UMD EXCESS: | |
| UMD EXCESS START DATE: | |
| UMD EXCESS EXPIRATION DATE: | |
| UMD OVERGRADE: | |
| UMD OVERGRADE START DATE: | |
| UMD OVERGRADE EXPIRATION DATE: | |
| EFFECTIVE DATE CHANGE TO STRENGTH ACCOUNTING (EDCSA): | 24 JAN 1995 |
| PAS ASSIGNED: | B71CFWBT |
| ANG TECH ID: | EMPLOYED BY ANG AS AIR TECH |
| AGR TOUR START DATE: | |
| AGR TOUR STOP DATE: | |
| CIVILIAN GRADE: | GS11-GENERAL SCHEDULE |

THIS DOCUMENT CONTAINS INFORMATION WHICH MUST BE PROTECTED
IAW AFI 33-332 AND DOD REGULATION 5400.11.
PRIVACY ACT OF 1974, AS AMENDED, APPLIES.

Print This Page

## EDUCATION & TRAINING INFORMATION

**NAME:** KEITH W HAESSLY  **RANK:** SMS  **SSAN:** ▮▮▮▮▮  **DATE:** 24 JUN 2015

**EDUCATION LEVEL:** 60-89 SEMESTER HOURS/90-134 QUARTER HOURS

**SPECIALTY:** ELECTRONIC SYS TECHNOLOGY

**DATE COMPLETED:** 16 APR 2003

**METHOD:** COM COL AF (CCAF)

**PROFESSIONAL MILITARY EDUCATION:**

| COURSE | DATE COMPLETED | METHOD |
| --- | --- | --- |
| USAF SENIOR NCO ACADEMY | 02 OCT 2011 | NON-RESIDENCE |
| NCO ACADEMY | 06 SEP 2007 | NON-RESIDENCE |
| NCO PREP COURSE | 01 JAN 1998 | NON-RESIDENCE |

**AQE/ASVAB SCORES:** ADMIN-80  ELECTRICAL-88  GENERAL-76  MECHANICAL-88

**FOREIGN LANGUAGE SELF ASSESSMENT:**

| DATE | LANGUAGE | LEVEL |
| --- | --- | --- |
| NONE | NONE | NONE |

**DEFENSE LANGUAGE PROFICIENCY TESTS (DLPT):**

| LANGUAGE | READ | LISTEN | SPEAK |
| --- | --- | --- | --- |
| NONE | NONE | NONE | NONE |

**GI BILL ELIGIBILITY:** MEMBER ENROLLED AND ON ACTIVE DUTY FOR 3 YEARS OR MORE

THIS DOCUMENT CONTAINS INFORMATION WHICH MUST BE PROTECTED
IAW AFI 33-332 AND DOD REGULATION 5400.11.
PRIVACY ACT OF 1974, AS AMENDED, APPLIES.



# DEPARTMENT OF THE AIR FORCE

THIS IS TO CERTIFY THAT

## THE AIR FORCE COMMENDATION MEDAL

HAS BEEN AWARDED TO

STAFF SERGEANT KEITH W. HAESSLY 

FOR

OUTSTANDING ACHIEVEMENT
1 JANUARY 2000 TO 31 DECEMBER 2001

ACCOMPLISHMENTS

Staff Sergeant Keith W. Haessly distinguished himself by outstanding achievement as a Ground Radio Equipment Journeyman, Ground Radio Section, 103d Air Control Squadron, Orange Air National Guard Station, Orange, Connecticut. During this period Sergeant Haessly's professionalism, skill and dedication to duty enhanced the effectiveness of the Radio maintenance section and the maintenance complex. His efforts as project manager for the National Guard initiative to troubleshoot and repair AN.GRC-171 transceivers has directly contributed to the National Guard saving an estimated ten million dollars. He developed testing procedures that reduced the time required to perform equipment minimum performance test by 75 percent. Sergeant Haessly established a data link, initializing a new, never seen before system in a configuration that permitted the equipment to function in a manner that is was not originally designed for. This was necessary to support Operation NOBLE EAGLE mission tasking. The distinctive accomplishments of Sergeant Haessly reflect credit upon himself, the Air National Guard, and the United States Air Force.

GIVEN UNDER MY HAND

1 AUGUST 2002

THOMAS G. HEATH, Col, CTANG
Executive Support Staff Officer



AF FORM 2224, JUL 99



CCI
IDLC

# DEPARTMENT OF THE AIR FORCE

THIS IS TO CERTIFY THAT

## THE AIR FORCE COMMENDATION MEDAL

(FIRST OAK LEAF CLUSTER)

HAS BEEN AWARDED TO

STAFF SERGEANT KEITH W. HAESSLY 

FOR

OUTSTANDING ACHIEVEMENT
1 JANUARY 2003 TO 31 DECEMBER 2003

### ACCOMPLISHMENTS

Staff Sergeant Keith W. Haessly distinguished himself by outstanding achievement as a Ground Radio Maintenance Journeyman, 103d Air Control Squadron, Orange Air National Guard Station, Orange, Connecticut. During this period, Sergeant Haessly demonstrated exceptional technical skill and leadership by developing and implementing numerous programs that directly contributed to the overall success of the mission. Sergeant Haessly took the initiative to verify test equipment requirements, prepare deployment equipment lists, and ensure all equipment met the standard set forth by the Air Force Metrology and Calibration program prior to deployment to Southwest Asia. At the deployed location, Sergeant Haessly developed and implemented a single Joint Tactical Information Distribution System Module solution for the mission critical Joint Range Extension radar imagery data transfer to the regional Combined Air Operations Centers at Prince Sultan Air Base, Saudi Arabia and Al Udeid Air Base, Qatar. His effort was predicated by the fact that the original dual-Module system was rendered inoperable due to catastrophic component failure. Sergeant Haessly presented his unique single-van solution to system manufacturers, planners, and headquarters staff in June of 2003 at Fifth Fleet Headquarters, United States Navy, Bahrain. The creative solution Sergeant Haessly presented to leadership has since been successfully fielded in support of Operation IRAQI FREEDOM. The distinctive accomplishments of Sergeant Haessly reflect credit upon himself, the Air National Guard, and the United States Air Force.

GIVEN UNDER MY HAND

1 FEBRUARY 2004

THOMAS G. HEATH, Col., CTANG
Executive Support Staff Officer

AF FORM 2224, JUL 99

CITATION TO ACCOMPANY THE AWARD OF

THE JOINT SERVICE ACHIEVEMENT MEDAL

TO

KEITH W. HAESSLY

Senior Airman Keith W. Haessly, United States Air Force, distinguished himself by exceptionally meritorious service as an Imagery Interpretation Specialist, 548th Reconnaissance Technical Group, and as an Imagery Analyst, Joint Intelligence Center Pacific, Honolulu, Hawaii, from 6 November 1990 to 6 November 1993. Airman Haessly's superior technical expertise enabled him to produce over 2,400 top quality imagery intelligence reports, including 30 highly significant items which were briefed to the Commander in Chief, United States Pacific Command and the Commander, Pacific Air Forces. His report production rate was 15 percent higher than that of his co-workers which aided immensely in reducing production backlogs created by Operations DESERT SHIELD/STORM. In service to the community, Airman Haessly volunteered 10 hours each week of his tour as a "Big Brother" to a disadvantaged youth and as a pediatric ward care worker at Kapiolani Women's and Children's Medical Center. This continuous commitment resulted in a positive image of the Department of Defense among hundreds of local residents. The distinctive accomplishments of Airman Haessly reflect credit upon himself, the United States Air Force, and the Department of Defense.



DEPARTMENT OF THE AIR FORCE
HEADQUARTERS AIR RESERVE PERSONNEL CENTER
6760 EAST IRVINGTON PLACE
DENVER, CO 80280

SPECIAL ORDER                                                                                                                            5 JUN 11

G-014220

By direction of the Secretary of the Air Force for meritorious service the following individual is awarded the Air Force Commendation Medal during the period indicated. This award is effective upon the termination date of the period cited.

| RANK / NAME | SSAN | INCLUSIVE DATES | PAS | RDP | OLC | COND |
|---|---|---|---|---|---|---|
| MSG HAESSLY, KEITH W. | ▓▓▓▓ | 1 JAN 04 - 31 DEC 10 | B71CFWBT | 7 MAR 11 | 2 | 8 |

FOR THE COMMANDER



PATRICIA N. CAMARA, YA-02, DAF                                              Distribution:
**Chief, Data Management Division**                                   1 - HQ ARPC/DPRFQ
                                                                                                               1 - Master Record
                                                                                                               1 - Member

Master Sergeant Keith W. Haessly distinguished himself by meritorious service while assigned to 103d Air Control Squadron from 1 January 2004 to 31 December 2010. Sergeant Haessly's outstanding leadership and willingness to serve in any capacity led him to be selected as the 103d Air Control Squadron's 2010 Senior Noncommissioned Officer of the Year. Sergeant Haessly developed a master training plan which standardized training for ten other Air Control Squadrons. Additionally, he developed a training tool which tracks the status of over 100 assigned airmen. Sergeant Haessly is a skillful manager with the proven ability to attain a high standard of performance in any endeavor. He expertly managed the unit Technical Order Distribution Office, 12 Technical Order Distribution Accounts and over 300 technical orders all while identifying critical deficiencies in historical folders. Sergeant Haessly was tasked to remedy the storage shortfall of tools, test equipment and aerospace ground systems equipment for six work centers. He presented a solution resulting in the special allocation of $100,000 via the unfunded request process, enabling procurement of an equipment stack system for storage of this critical equipment. This solution reduced the required storage space by 65 percent and enhanced security of the items. The distinctive accomplishments of Sergeant Haessly reflect credit upon himself, the Air National Guard, and the United States Air Force.

**PERSONAL DATA - SUBJECT TO THE PRIVACY ACT OF 1974**