# EXHIBIT C



6:50 AM
7 July 07.  Adrien I was 15.
He wouldn't stop. I kept yelling no, stop.
I cried. But he kept pushing inside of
me. I cried. Others kept watching.
No one stopped him. It hurt so
much. My eyes swelled with tears.
So I stopped fighting and lay still.
I shut down and just lay there while
the man raped me. I never looked at
the camera. I just wept until it was
done. "What a good boy," he said
when he was done. "such a beautiful
good boy". I wept him. I wanted
to kill him. But I was powerless.
I hated everyone in the room. He left
and so did the others. I lay naked
on the bed, wrapped into a fetal position
and cried for an hour. Another boy,
Shawn, sat with me and said that
the first time is the hardest, just
relax and it goes faster.